33380. RUTLEDGE *v.* CITY OF ATLANTA.

GARDNER, J. The issue in this case is identical with and is controlled by the decision in the case of *Darby* v. *City of Atlanta,* ante, and the authorities therein cited.

*Judgment affirmed. MacIntyre, P.J., and Townsend, J., concur.*

DECIDED FEBRUARY 16, 1951.

*William V. George,* for plaintiff in error.

*J. C. Savage, J. C. Murphy, J. M. B. Bloodworth, John E. Feagin, Henry L. Bowden,* contra.